UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GOULD PAPER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:03-ev-0806 |
| | ) |
| v. | ) |
| | ) Hon. Wendell A. Miles |
| CENTURY INDEMNITY COMPANY, et al. | ) |
| Defendants. | ) |

**AMENDED STIPULATION AND ORDER FOR DISMISSAL
OF ALL CLAIMS, CROSS-CLAIMS, COUNTERCLAIMS
AND THIRD-PARTY CLAIMS WITH PREJUDICE**

IT 1S HEREBY STIPULATED AND AGREED between Gould Paper Corporation, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Federal Insurance Company, by their respective attorneys, that any and all claims, cross-claims, counterclaims and/or third-party claims that were or could have been asserted between or among the Parties in the above-captioned matter be dismissed with prejudice, all matters in controversy between or among the Parties having been compromised or settled. It is further stipulated that the Parties each shall bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated: New York, New York<br>April 18, 2005 | Dated: Chicago, Illinois<br>April 12, 2005 |
| Anderson Kill & Olick, P.C. | Cohn Baughman & Martin |
| By: *Dennis J. Artese   /s/*<br>    Dennis J. Artese (DA-1427) | By: *Brian Coffey   /s/*<br>    Brian Coffey |
| 1251 Avenue of the Americas<br>New York:, New York 10020 | 525 West Monroe Street<br>Suite 550<br>Chicago, Illinois 60661 |
| Dated: Kalamazoo, Michigan<br>April 21, 2005 | David J. Bloss<br>Betz & Bloss |
| Howard & Howard Attorneys, P.C. | 5005 Cascade Road, S.E.<br>Grand Rapids, Michigan 49546 |
| By: *Christopher E. Tracy   /s/*<br>    Christopher E. Tracy (P46738) | |
| 151 South Rose Street<br>Suite 800<br>Kalamazoo, Michigan 49007-4718 | |
| Dated: Detroit, Michigan<br>April 8, 2005 | |
| Plunkett & Cooney, P.C. | |
| By: *Kenneth C. Newa   /s/*<br>    Kenneth C. Newa (P43497) | |
| 535 Griswold<br>Suite 2400<br>Detroit, Michigan 48226 | |

IT IS SO ORDERED this _____ day of _____, 2005.

BY THE COURT:

_____
Hon. Wendell A. Miles
United States District Judge